UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

KIRAN VUPPALA,

                Plaintiff,

      -against-

27 W.H. BAKE, LLC, *a New York limited liability company d/b/a* FLAVORS NYC; MSA TWINS LTD., *a New York corporation*,

                Defendants.

ORDER

17 Civ. 4020 (GBD)

---------------------------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: March 31, 2020
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge